IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALI A. HARRISON-EL, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 23-CV-4725 |
| | : | |
| DR. JANE DOE, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

**AND NOW**, this 6th day of August, 2024, upon consideration of Plaintiff Ali A. Harrison-El's Amended Complaint (ECF No. 12) and Motion for Reconsideration (ECF No. 13), and for the reasons set forth in the Court's Memorandum, it is **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to **REOPEN** this civil action.

2. The Motion for Reconsideration is **DENIED**, and the Amended Complaint is **STRICKEN**.

3. This Clerk of Court is **DIRECTED** to **CLOSE** this civil action.

BY THE COURT:


*/s/ John M. Gallagher*
**JOHN M. GALLAGHER, J.**